# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2944

_____

| | | |
|---|---|---|
| Juana Bautista Mendoza, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: April 29, 2011
Filed: May 4, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Juana Bautista Mendoza petitions for review of an order of the Board of Immigration Appeals (BIA) denying relief under the Convention Against Torture (CAT), and affirming an immigration judge's denial of cancellation of removal, asylum, and withholding of removal. We conclude substantial evidence supports the BIA's determination that Mendoza did not meet her burden of proof for CAT relief. See Cherichel v. Holder, 591 F.3d 1002, 1005-07 (8th Cir.), cert. denied, 131 S. Ct. 74 (2010); Marroquin-Ochoma v. Holder, 574 F.3d 574, 579-80 (8th Cir. 2009). We also conclude Mendoza has waived review of the denial of asylum, withholding of removal, and cancellation of removal, because she has not presented

any argument on these issues in her appellate brief.  See Averianova v. Mukasey, 509 F.3d 890, 892 n.1 (8th Cir. 2007); Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).

Accordingly, we deny the petition for review.

_____